IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:10-cv-60959-WJZ-ZLOCH/ROSENBAUM

MICHAEL KEELER,

    Plaintiff,

vs.

EISAI INC., a foreign
profit corporation,

    Defendant.
_____/

**ORDER GRANTING DEFENDANT EISAI INC.'S UNOPPOSED
MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**

THIS MATTER having come before the Court upon Defendant Eisai Inc.'s Unopposed Motion for Enlargement of Time to Respond to Complaint, and the Court being advised that the parties are in agreement and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED:

1. Defendant's Motion is granted.

2. Defendant shall file its response to Plaintiff's Complaint by June 22, 2010.

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida, this _____ day of _____, 2010.

                                                                                                          _____
                                                                                                          WILLIAM J. ZLOCH
                                                                                                          UNITED STATES DISTRICT COURT JUDGE

Copies to:

All counsel of record

WESTPALMBEACH/569778.1