UNITED STATES DISTRICT COURT
SOIJTHERN DISTRICT OF FLORIDA
CASE NO: 10-cv-60959-WJZ-ZLOCH/ROSENBAUM

MICHAEL KEELER,

    Plaintiff,

v.

EISAI, INC., a foreign
profit corporation,

    Defendant.
_____/

**PLAINTIFF MICHAEL KEELER'S  UNOPPOSED MOTION FOR ENLARGEMENT
OF TIME TO FILE RESPONSE TO DEFENDANT EISAI, INC.'S MOTION TO DISMISS
PLAINTIFF'S COMPLAINT**

    COMES NOW the Plaintiff, MICHAEL KEELER, by and through his undersigned counsel, and, pursuant to Fed. R. Civ. P. 6, hereby requests an enlargement of time through and until July 15, 2010, in which to file his memorandum in response to Defendant EISAI, INC.'s Motion to Dismiss his Complaint, and in support shows as follows:

    1.    Plaintiff Michael Keeler ("Keeler") filed his complaint against Defendant EISAI, INC. alleging a violation of the Florida Whistleblower's Protection Act, Section 448.101 *et seq.*, in the 17th Judicial Circuit Court in and for Broward County, Florida, on May 12, 2010.  The Defendant was served with process on May 19, 2010.

    2.    On June 8, 2010, Defendant EISAI, INC. filed its petition and notice of removal to this Court on the basis of diversity of jurisdiction.

    3.    EISAI, INC.'s response to Plaintiff's complaint was due on June 15, 2010.  However, on June 9, 2010, Defendant filed its unopposed Motion for an Enlargement of Time for seven (7) days in which to file its response to the complaint.  This Court granted the motion.

4. On June 22, 2010, Defendant filed its 16 page Motion to Dismiss Plaintiff's complaint. The motion to dismiss is very detailed and contains virtually a paragraph by paragraph examination of the complaint in its bid to have the complaint dismissed, essentially claiming that it fails to meet the heightened pleading standard of *Ashcroft v. Iqbal,* ___ U.S.___, 129 S.Ct. 1937 (2009) and *Bell Atlanatic Corp. v. Twombly*, 550 U.S. 544 (2007).

5. Pursuant to Local Rule 7.1(c)(1)(A), Plaintiff's response to Defendant's Motion to Dismiss is due on July 9, 2010.

5. On May 31, 2010, undersigned counsel was injured in an equestrian accident wherein her horse slipped and fell, causing undersigned counsel to fall on her neck while the horse fell on top of her head, rendering her unconscious. Undersigned was taken to the hospital via ambulance, and was diagnosed with a severe concussion, badly sprained (but unbroken) neck and wrist, and numerous facial and hand lacerations.

6. As a result of the injuries suffered in the accident, undersigned counsel was working only sporadically for the first week of June, and began building up to her normal working hours the second week of June. Undersigned is a sole practitioner, and with the press of litigation and her having to cut back on her normal work schedule for the first two (2) weeks of June, despite her best efforts to respond in a timely manner, she requires four (4) extra days to file her response to the Motion to Dismiss.

7. Undersigned counsel certifies that this motion for enlargement of time is being made for good cause shown and not for purposes of delay, and will not prejudice the Defendant. Undersgined counsel further certifies that she has spoken to Amy Bloom, Esq., counsel for the Defendant, who had stated that she and her client have no opposition to this Motion for Enlargement of Time.

**MEMORANDUM OF LAW**

Fed. R. Civ. P. 6 permits the Court to vary the time for serving motion papers.  Inasmuch as this Motion is made for good cause shown and not for purposes of delay, and will not prejudice Defendant who has already stated that it does not object to the granting of the Motion, the Court should grant this Motion.

    Respectfully submitted,

    SUSAN L. DOLIN, P.A.
    Counsel for Plaintiff
    9000 Sheridan Street
    Suite 93
    Pembroke Pines, FL  33024
    Tel.:  954-862-2284
    Fax:   954-862-2287
    Email:  sdolin@dolinlawgroup.com

    By:  /s/ Susan L. Dolin
    SUSAN L. DOLIN, ESQ.
    FBN:  708690

UNITED STATES DISTRICT COURT
SOIJTHERN DISTRICT OF FLORIDA
CASE NO: 10-cv-60959-WJZ-ZLOCH/ROSENBAUM

MICHAEL KEELER,

    Plaintiff,

v.

EISAI, INC., a foreign
profit corporation,

    Defendant.
_____/

**ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS COMPLAINT**

    THIS CAUSE having come before the Court upon Plaintiff MICHAEL KEELER's Unopposed Motion for an Enlargement of Time to File his Response to Defendant EISAI, INC.'s Motion to Dismiss the Complaint;

    AND THE COURT finding that good cause has been shown for the granting of this Motion and being otherwise advised:

    IT IS NOW HEREBY ORDERED that the Plaintiff's Motion is GRANTED. Plaintiff shall have through and until July 15, 2010 to file his Response to Defendant's Motion to Dismiss the Complaint.

DONE AND ORDERED AT FT. LAUDERDALE, FLORIDA, this _____day of July, 2010.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE

Copies Furnished all Counsel of Record

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of July, 2010, I electronically filed the foregoing documents with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of records or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**SERVICE LIST**

**Keeler v. Eisai, Inc.**
**United States District Court**
**Southern District of Florida**
**Case No.: 10-cv-60959-WJZ-ZLOCH/ROSENBAUM**

Susan L. Dolin, P.A.
Counsel for Plaintiff
Susan L. Dolin, Esq.
FBN:  708690
9000 Sheridan Street
Suite 93
Pembroke Pines, Florida  33024
Tel.:  954-862-2284
Fax:  954-862-2287
Email:  sdolin@dolinlawgroup.com
*Via CM/ECF*


Squire, Sanders & Dempsey, LLP
Counsel for Defendant
Patricia E. Lowry, Esq.
FBN:  332569
Email: plowry@ssd.com
Amy Bloom, Esq.
FBN::  0506893
Email: amy.bloom@ssd.com
Maria Jose Moncada, Esq.
FBN:  0773301
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, Florida 33401-6198
Tel.:  561-650-7200
Fax:  561-655-1509
*Via CM/ECF*