UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:  10-CV-60959-WJZ-ZLOCH/ROSENBAUM

MICHAEL KEELER,

    Plaintiff,

v.

EISAI, INC., a foreign
Profit corporation,

    Defendant.
_____/

**NOTICE OF COMPLIANCE**

COMES NOW the Plaintiff, MICHAEL KEELER, by and through his undersigned counsel, and hereby gives notice that he has served his disclosures pursuant to Fed. R. Civ. P. 26(a) upon the Defendant EISAI, INC., by and through its counsel, this 16th day of September, in compliance with the Court's order of September 3, 2010.

    Respectfully submitted,

    SUSAN L. DOLIN, P.A.
    Counsel for Plaintiff
    9000 Sheridan Street
    Suite 93
    Pembroke Pines, FL  33024
    Tel.:  954-862-2284
    Fax:  954-862-2287
    Email:  sdolin@dolinlawgroup.com

    By: /s/ Susan L. Dolin
    SUSAN L. DOLIN, ESQ.
    FBN:  708690

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of September, 2010, I electronically filed the foregoing documents with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of records or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**[REMAINDER OF PAGE INTENTIONALLY BLANK]**

**SERVICE LIST**

**Keeler v. Eisai, Inc.**
**United States District Court**
**Southern District of Florida**
**Case No.: 10-cv-60959-WJZ-ZLOCH/ROSENBAUM**

Susan L. Dolin, P.A.
Counsel for Plaintiff
Susan L. Dolin, Esq.
FBN:  708690
9000 Sheridan Street
Suite 93
Pembroke Pines, Florida  33024
Tel.:  954-862-2284
Fax:  954-862-2287
Email:  sdolin@dolinlawgroup.com
*Via CM/ECF*


Squire, Sanders & Dempsey, LLP
Counsel for Defendant
Patricia E. Lowry, Esq.
FBN:  332569
Email: plowry@ssd.com
Amy Bloom, Esq.
FBN::  0506893
Email: amy.bloom@ssd.com
Maria Jose Moncada, Esq.
FBN:  0773301
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, Florida 33401-6198
Tel.:  561-650-7200
Fax:  561-655-1509
*Via CM/ECF*