IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:10-cv-60959-WJZ-ZLOCH/ROSENBAUM

MICHAEL KEELER,

    Plaintiff,

vs.

EISAI INC., a foreign profit corporation,

    Defendant.

_____/

## MEDIATION REPORT

A mediation conference was originally held in this matter on November 3, 2010. The following were present:

| | | |
|---|---|---|
| X | 1. | Plaintiff and plaintiff's trial counsel. |
| __ | 2. | If plaintiff is not an individual, the representative who appeared had total authority. |
| X | 3. | Defendant and defense trial counsel. |
| X | 4. | If defendant is not an individual, the representative who appeared had total authority. |

The result of the conference is as follows:

- **X**    The conflict has been completely resolved.
- ___ The conflict has been partially resolved. The parties are submitting a stipulation for the court's approval. Some issues still require court resolution:_____
- ___ The Parties have reached a total impasse; all issues require court action.
- ___ The matter has been continued for further mediation within 30 days.

_____
Signature of Mediator
Steven A. Mayans
Certification No.: 5364CR

cc: Patricia E. Lowry., Esquire
    Amy Bloom, Esquire
    Maria Jose Moncada, Esquire
    Susan L. Dolin, Esquire