```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA

              CASE NO. 10-60959-CIV-ZLOCH
```

MICHAEL KEELER,

    Plaintiff,

vs.                                                **O R D E R**

EISAI INC.,

    Defendant.
_____/

    THIS MATTER is before the Court sua sponte. The Court has carefully reviewed the entire court file herein and is otherwise fully advised in the premises.

    By a Mediation Report (DE 21) filed November 8, 2010, the Court was advised that the Parties reached a settlement in this matter. By prior Order (DE 19, ¶ 17), the Court notified the Parties that, upon settlement, a Stipulation Of Dismissal must be filed in accord with Federal Rule of Civil Procedure 41(a) within ten (10) days of so notifying the Court. This deadline has long since passed.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that by <u>noon</u> on <u>Friday, December 10, 2010</u>, the Parties shall either file a Joint Stipulation Of Dismissal in accord with Federal Rule of Civil Procedure 41(a) or show good cause for why the Court should not dismiss the above-

styled cause for failure to comply with the Court's prior Order (DE 19).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   8th    day of December, 2010.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record